IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ELDON W. BOLIN                                                           PLAINTIFF

v.                                    CIVIL NO. 3:18-cv-3046-MEF

CAROLYN COLVIN, Commissioner
Social Security Administration                                          DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Eldon Bolin, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner"). (ECF No. 1). On September 11, 2018, Plaintiff filed a Motion to Dismiss conceding that substantial evidence supports the Commissioner's decision and requesting that his case be dismissed without prejudice. (ECF No. 13). Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case without prejudice.

DATED this the 17th day of September, 2018.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE